# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JIMMY HENDERSON, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>DIRECTOR JUSTIN JONES, )<br>OKLAHOMA DEPARTMENT OF )<br>CORRECTIONS, )<br>)<br>Respondent. ) | Case No. CIV-09-0955-F |

## ORDER

This action is filed by petitioner, an Oklahoma prisoner appearing *pro se*, who was convicted of disciplinary charges while in prison. Petitioner's pleadings are liberally construed. Petitioner seeks habeas relief, and respondent has moved to dismiss the action. (Motion at doc. no. 7.) On November 17, 2009, Magistrate Judge Robert E. Bacharach filed a Report and Recommendation recommending that respondent's motion to dismiss be granted. The Report advised petitioner that failure to timely object to the Report would foreclose appellate review of the suggested ruling contained in the Report. Petitioner has not responded to the Report and has not asked for an extension of time within which to respond.

With no objection having been filed, the court, after review, hereby **ADOPTS**, **ACCEPTS** and **AFFIRMS** the Report and Recommendation of the Magistrate Judge. Accordingly, respondent's motion to dismiss is **GRANTED** and the petition for a writ of habeas corpus is **DISMISSED**.

Dated this 6th day of January, 2010.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0955p002.wpd